UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                        Case No. 93-CR-81310

v.                                           PAUL D. BORMAN
                                             UNITED STATES DISTRICT JUDGE

SEBASTIAN LUCIDO,

       Defendant.
_____/

ORDER DENYING MOTION FOR EXPUNGEMENT

On December 24, 2008, Defendant filed an instant motion seeking expungement of his arrest record.

Defendant has also filed a motion for expungement in Federal District Court case 92-80152 (Edmunds, J.).  He has also filed a related civil action, 08-15269 (Cox, J.).

In neither criminal case was Defendant convicted.  In Judge Edmunds case, the Court dismissed the charges against Mr. Lucido.  In the instant case before then Judge LaPlata, Mr. Lucido was acquitted.

On March 19, 2009, Judge Edmunds issued an Opinion and Order Denying Defendant Sebastian Lucido's Motion for Expungement.  Defendants arguments in support of expungement in the instant case parallel those in Judge Edmunds case.

The Court agrees with Judge Edmunds' decision and the reasons set forth in her opinion and adopts them in denying Defendant's Motion in the instant case.

A copy of Judge Edmunds' Opinion and Order of March 19, 2009 is attached to the instant Opinion and Order.

SO ORDERED.

S/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 26, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 26, 2009.

S/Denise Goodine
Case Manager